**STATE FARM MUT. AUTO. INS. CO. v. YOUNG**

[342 N.C. 647 (1996)]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. ANDREW JESSE YOUNG, MARY CORTEZ WIMBERLY, NICHOLAS YOUNG, A Minor, AND MAY GEE YOUNG, A Minor

No. 335PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 115 N.C. App. 68, 443 S.E.2d 756 (1994), reversing a judgment entered by Beaty, J., on 4 January 1993, in Superior Court, Forsyth County, and remanding to the trial court. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Frazier, Frazier & Mahler, L.L.P., by Torin L. Fury, for plaintiff-appellant.*

*Robinson Maready Lawing & Comerford, by W. Thompson Comerford, Jr., and Jerry M. Smith, for defendant-appellees.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Nationwide Mut. Ins. Co. v. Mabe*, 342 N.C. 482, 467 S.E.2d 34 (1996).

VACATED AND REMANDED.